# IN THE SUPREME COURT OF THE STATE OF NEVADA

J. MICHAEL SUNDE, AN INDIVIDUAL; AND VIKTORIYA SOKOL SUNDE, AN INDIVIDUAL,
Appellants,
vs.
TIMOTHY RIDGE,
Respondent.

No. 73256

**FILED**

JUL 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 15, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Chief Judge, The Second Judicial District Court
Hon. A. William Maupin, Senior Justice
J. Michael Sunde
Viktoriya Sokol Sunde
Lee T. Hotchkin, Jr.
Washoe District Court Clerk

17-22880